# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gursewak Singh, | No. CV-26-01663-PHX-AMM (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

Petitioner filed this action challenging his present immigration detention, arguing his redetention following release on parole was unlawful. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.) The response stated that "[u]nder the facts and circumstances of this case, Respondents do not oppose Petitioner's release from custody at this time." (Doc. 5.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition to the extent he will be released from custody. The remainder of the petition will be denied as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus is **GRANTED** to the extent he will be released from custody. (Doc. 1.) The remainder of the petition is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** Respondents must **IMMEDIATELY RELEASE** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must file a notice of compliance within two (2) business days of Petitioner's release.

**IT IS FINALLY ORDERED** that the Clerk of Court must term any pending motions as moot, enter judgment in Petitioner's favor, and close this case.

Dated this 20th day of March, 2026.

_____
Honorable Angela M. Martinez
United States District Judge